under the Constitution and Laws of the United States and the State of New Mexico, as well as State and Federal Laws including, but not limited to, the Clayton Act and other Anti-trust Laws.

11.) A preliminary and permanent injunction ordering the Defendant to lower the prices of Canteen items sold to prisoners and Plaintiff to a fair and reasonable amount.

12.) Money Damages in the amount of two-hundred and fifty-thousand dollars ($250,000.00). (Punitive and/or Compensatory and/or Nominal).

13.) A Jury trial on all issues triable by jury.

14.) Plaintiff's costs in this suit.

15.) Any additional relief this Court deems just and proper and equitable.

DATED: October 25, 2015          Respectfully,

*[signature]*
Dakota Clay Ahlgrim, #71109
Plaintiff, Pro Se
Penitentiary of NM, N1BE104
P.O. Box 1059
Santa Fe, NM 87504-1059

I Declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*[signature]*
Dakota C. Ahlgrim